AO (93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF IOWA

RECEIVED
2009 JUN 22 AM 8: 23
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA

V.

ANTWAN CORTEZ WHITE,

**WARRANT FOR ARREST**

CASE NUMBER: 4:08-CR-066

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANTWAN CORTEZ WHITE__
Name

for proceedings in Des Moines, Iowa, to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Count 1:   Possession with the Intent to Distribute Cocaine Base
Count 2:   Possession with the Intent to Distribute Cocaine
Count 3:   Felon in Possession of Firearms
Count 4:   Notice of Forfeiture

in violation of Title 18, United States Code, Section(s) 2, 922(g)(1), 924(a)(2), 924(d); Title 21 §§ 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(C) Title 28 2461(c)

_Pat Bridges, Courtroom deputy_
Name of Issuing Officer

_Pat Bridges_
Signature of Issuing Officer

U.S. Magistrate Judge _Ross A. Walters_
Title of Issuing Officer

April 2, 2008, Des Moines, Iowa
Date and Location

Bail fixed at $ _Detained_    by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 4/23/08 | NAME AND TITLE OF ARRESTING OFFICER JEFF MERTES | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/23/08 | DUSM | |