## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **United States of America** | |
| **Plaintiff** | **No. 4:08-cr-066** |
| vs. | |
| **Antwan Cortez White** | **Sentencing Documentation** |
| **Defendant.** | |

COMES NOW the defendant by and through his attorney, Gerald B. Feuerhelm, and hereby submits the attached letter from the defendant herein.

/s/ Gerald B. Feuerhelm
GERALD B. FEUERHELM PK0001579
FEUERHELM LAW OFFICE,P.C.
3231 E. Euclid Avenue, Suite 300
Des Moines, Iowa 50317
Tele: (515) 266-5552
Fax: (515) 266-6600
Email: jake@feuerhelmlaw.com
ATTORNEY FOR DEFENDANT

Copy to

Craig Gaumer
110 E COURT AVE
SUITE 286
DES MOINES, IA 50309
United States Attorney's Office

'

**Certificate of Service**

     I hereby certify that the above document was filed with the Clerk of Court for the Federal District Court in the District of Iowa using CM/ECF.  This document was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage pre-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by email over CM/ECF on February 23, 2011.

                                                             /s/ Gerald B. Feuerhelm

Your Honor,

I hope this letter reaches you in good faith & health. My name is Antwan White. I'm a federal inmate awaiting senetencing on a conspiracy case. I have three living children (Kelsey 15, Amerion & Ayanle both 5). I have one deceased (Amerah passed at age 19 months by car accident). My wife was hit by a drunk driver. I also have three nieces and three nephews, that also look at me as a father figure. My mom and Dad split up when I was in the 5th grade. My mother raised 8 of us on one salary. My two sisters, my brother & I, plus 4 cousins she took in, because their mom had drug issues. So times were hard. When I was 14 years old I started hanging out with the wrong crowd. At the time I didn't realize it, because they were more like father figures to me. Being my parents had split up. Now seeing a different way of life, I thought it was cool, because they always had money, new clothes and could help their families. So I started hustling to try and help mine. This is something I would like a chance to prevent from happening with my sons & my nephews. To show them there is an honest way to make a living & not have to take penitentiary chances. I joined a gang when I was 14 yrs old. To feel a sence of security & extended family. I got sent to prison in 1999. I did not see any form of support what so ever from them. So when I came home in the yr. 2000. I stopped being active & hanging out with the gang. I was doing o.k. for

a while. Working staying out of trouble. Then in 2004 times started getting hard again. I lost my job, couldn't find another. My daughter passed in the accident. I was in the need for money, so I started hustling again. I know it was wrong, I'm not trying to make excuses. I didn't know the time behind it was so intencly long. If I could go back, I would choose a different way to provide for my family. One that didn't call for penitentiary chances, rather it made alot of money or not, because not only am I going to miss out on my daughter Ameerah's childhood. I'm going to miss out on both my sons & nephews too. Which I think are the most important part of being a parent. Not to mention my oldest daughters highschool years. I accept my responsibility and know I have to go to prison. I just hope and pray its not for a long time. I have no violence in my history. I don't understand why I'm facing more time than a violent crime. I'm not a threat to society. I just made some bad choices. While incarcerated I plan on taking small buisness & work ethics classes to get some laboring trades in my background to learn new skills. So when I do come home, I can get me a good paying job. I pray its in time to teach my kids the things I learned in life so they don't make the same mistakes I did growing up. In time to be that father figure they'll look up to & won't have to look for it anywhere else. I pray you'll give me this chance to be there for my kids before their grown.

Sincerely,

Antwan White