# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 4:08-cr-066/2008R00171 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ANTWAN CORTEZ WHITE | Disposal |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Craig Peyton Gaumer
United States Attorney's Office
2nd Floor, Suite 286
110 East Court Avenue
Des Moines, IA 50309

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Forfeit and dispose of property as per Final Order of Forfeiture, in accordance with the law.
CATS # 08-STL-000053; DNE Agency No. 0715082

Signature of Attorney or other Originator requesting service on behalf of:
■ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (515) 473-9354
DATE: 06/06/11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 30 | No. 30 | | 6/8/11 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/1/12    Time: NA

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $0 | | | | | $0 | |

REMARKS:

Destroyed by STX-AFU per policy 1/24/12.

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

## UNITED STATES MARSHALS SERVICE
### CERTFICATE OF DESTRUCTION

RECEIVED

This is to certify that on ___1/24/2012___, the firearm(s) and/or weapons(s) listed
                                (date)

below was/were destroyed at STX-AFU in Houston, Texas by

2012 FEB -1 P 12: 22

US MARSHALS. S/IOWA

- ☑ crushing, cutting and/or shredding
- ☒ melting
- ☒ other

| Item No | District | CATS # | Description | Caliber | Serial No |
|---|---|---|---|---|---|
| 11172 | 30 IA/S | 09-STL-000101 | Lorcin L25 Pistol w/ mag | .25 | 321860 |
| 11175 | 30 IA/S | 08-STL-000053 | S&W 5904 Pistol w/ mag | 9mm | TDB3913 |
| 11176 | 30 IA/S | 08-STL-000053 | Auto Ordnance 1911A1 Pistol | .45 | AOA3859 |

_____
Michael Wattik, Senior Inspector

_____
Ricky Rodriguez, SRDA